# UNITED STATES DISTRICT COURT
for the

_____Southern District of Florida_____

| | |
|---|---|
| ANDRES GOMEZ <br><br> *Plaintiff(s)* <br> v. <br><br> HEALTHCARE REALTY TRUST INCORPORATED. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 22-cv-22581-JLK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
HEALTHCARE REALTY TRUST INCORPORATED.
CORPORATION SERVICE COMPANY
1201 HAYS ST.
TALLAHASSEE, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Alberto R. Leal, Esq., P.A.

8927 Hypoluxo Rd. Lake Worth, FL 33463
E-Mail: albertolealesq@gmail.com
Phone: 954-637-1868

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 08/15/2022

SUMMONS

Angela E. Noble
Clerk of Court

s/ *Nadhege Augustin*
Deputy Clerk
U.S. District Courts