UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-cv-22581-JLK

ANDRES GOMEZ,

    Plaintiff,

vs.

HEALTHCARE REALTY TRUST
INCORPORATED,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Pursuant to S.D. Fla. L.R. 16.4, Plaintiff Andres Gomez and Defendant Healthcare Realty Trust Incorporated hereby give notice that they have reached a resolution of this matter and are in the process of preparing and executing settlement documents. The Parties respectfully request 20 days to file their stipulation of dismissal with prejudice.

Dated: September 2, 2022

Respectfully submitted,

*/s/ Alberto Leal*
Alberto R. Leal, Esq.
Florida Bar No. 1002345
THE LEAL LAW FIRM, P.A.
8927 Hypoluxo Rd. #157
Telephone: 561.237.2740
Facsimile: 561.237.2741

*Counsel for Plaintiff*

*/s/ Paul De Boe*
Paul J. De Boe, Esq.
Florida Bar No.: 52051
paul.deboe@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Two Datran Center
9130 S. Dadeland Boulevard, Suite 1625
Miami, Florida 33156
Telephone: 305.374.0506
Facsimile: 305.374.0456

*Counsel for Defendant*