UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 22-22581-CIV-KING

ANDRES GOMEZ,

    Plaintiff,

vs.

HEALTHCARE REALTY TRUST INCORPORATED,

    Defendant.

_____/

**FINAL ORDER OF DISMISSAL**

THIS MATTER is before the Court on Stipulation of Dismissal With Prejudice (D.E. #8) filed September 7, 2022 in the above-styled case. Accordingly, after a careful review of the record and pursuant to Rule 41(a)(1)(A)(ii) of the Fed. R. Civ. P., it is

ORDERED, ADJUDGED and DECREED as follows:

1. The above-styled case is hereby DISMISSED.

2. All unresolved pending motions in this case are hereby DENIED as moot.

3. The Clerk shall CLOSE this case.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 8th day of September, 2022.

*James Lawrence King*
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record